

# Fourth Court of Appeals
## San Antonio, Texas

June 11, 2013

No. 04-12-00820-CV and 04-12-00871-CV

**WATERS AT NORTHERN HILLS, LLC** and Lynn Communities, Inc.,
Appellants

v.

**BEXAR COUNTY, TEXAS,** The City of San Antonio, Texas
and Northeast Independent School District,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-07543 and 2012-CI-18564
Honorable Fred Shannon, Judge Presiding

## O R D E R

Sitting:      Catherine Stone, Chief Justice
              Sandee Bryan Marion, Justice
              Luz Elena D. Chapa, Justice

Appellant's unopposed motion for extension of time to file reply brief is hereby GRANTED. Appellant's reply brief is deemed filed as of June 7, 2013.

It is so **ORDERED** on June 11, 2013.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court